UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                              Case Number 09-20023-BC
                              Honorable Thomas L. Ludington

v.

D-8 EBAN KARIM JACKSON,

       Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING
DEFENDANT'S PLEA OF GUILTY AS TO COUNT ONE OF THE FOURTH
SUPERSEDING INDICTMENT, AND TAKING THE RULE 11 PLEA AGREEMENT
UNDER ADVISEMENT**

A plea hearing was conducted on February 8, 2010, by United States Magistrate Judge Charles E. Binder pursuant to the defendant's consent. The magistrate judge issued his report on February 8, 2010, recommending that this Court accept the defendant's plea of guilty as to count one of the fourth superseding indictment. As of today's date, no party has filed any objections to the magistrate judge's report and recommendation. The election to not file objections to the magistrate judge's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [Dkt. # 158] is **ADOPTED**.

It is further **ORDERED** that the defendant's plea of guilty as to count one of the fourth superseding indictment is **ACCEPTED**, and the Rule 11 Plea Agreement [Dkt. # 148] is taken **UNDER ADVISEMENT**.

                                       s/Thomas L. Ludington
                                       THOMAS L. LUDINGTON
                                       United States District Judge

Dated: March 16, 2010

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 16, 2010.

                      s/Tracy A. Jacobs
                      TRACY A. JACOBS